B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court

Northern   District of _____Illinois_____

In re: Krishena Aimee Moseley                    Case No. _____11 B 49541_____
        Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the
    bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ _76.50_ on or before January 6, 2012

    $ _76.50_ on or before February 7, 2012

    $ _76.50_ on or before March 8, 2012

    $ _76.50_ on or before April 6, 2012

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
    additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
    INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
    on _____ at _____ at _____ .
                                (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
    DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
    DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: December 14, 2011

_____
United States Bankruptcy Judge